No. 68636.—The Electro Motive Mfg. Co., Inc. v. United States, protest 63/7716 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of ceramic tubes similar in all material respects to those the subject of *John H. Faunce, Philadelphia, Inc.* v. *United States* (42 Cust. Ct. 196, C.D. 2085), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 15, 1964

No. 68637.—E. Fomil & Sons and Joseph A. Paredes & Co. et al. v. United States, protests 61/4914, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68638.—R. H. Macy & Co., Inc., et al. v. United States, protests 61/5905, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.